IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| TEMESHIA HARRIS, | § § § | |
| Plaintiff, | § | Case No. 1:23-cv-00111-JRH-BKE |
| v. | § § | |
| EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INC., and TRANS UNION LLC, | § § § § § | |
| Defendant. | § | |

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 14th day of September, 2023.

_____
United States District Magistrate Judge

NAME OF PETITIONER:

Samin Agha, Esq.
Quilling, Selander, Lownds, Winslett & Moser, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
Tel: 214-871-2100
Email: sagha@qslwm.com

Order Prepared By:
Colin A. McRae
Georgia Bar No. 499045
CMcRae@huntermaclean.com
Hunter Maclean Exley & Dunn, P.C.
P.O. Box 9848
Savannah, Georgia 31412-0048
(912) 236-0261 Telephone

4861-1194-4575 v1