IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| TEMESHIA HARRIS, | * | |
| Plaintiff, | * | |
| v. | * | CV 123-111 |
| EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INC.; and TRANSUNION LLC, | * | |
| Defendants. | * | |

ORDER

Before the Court is the Parties' stipulation of dismissal with prejudice as to Equifax Inc. ("Equifax"). (Doc. 19.) All Parties signed the stipulation. For the reasons set forth in Jackson v. Equifax Info. Servs., LLC, No. CV 119-096, 2020 WL 476698, at *1-2 (S.D. Ga. Jan. 29, 2020), Federal Rule of Civil Procedure 41(a)(1)(A)(ii) is a proper mechanism to dismiss less than all parties to a lawsuit.

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE** as to Defendant Equifax. The Clerk is **DIRECTED** to **TERMINATE** Defendant Equifax as a party to this case and any motions pertaining to it. Plaintiff and Defendant Equifax shall bear their own costs and fees with respect to each other.

**ORDER ENTERED** at Augusta, Georgia, this ___13th___ day of October, 2023.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA