IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| TEMESHIA HARRIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CV 123-111 |
| | ) |
| EXPERIAN INFORMATION SOLUTIONS, | ) |
| INC., and TRANSUNION LLC, | ) |
| | ) |
| Defendants. | ) |

_____

**O R D E R**
_____

On February 15, 2024, the Court stayed discovery pending resolution of Defendants' motion for judgment on the pleadings.  (See doc. no. 27.)  In that Order staying discovery, the Court directed that if any portion of the case remained after resolution of the motion, the parties shall confer and submit a joint Rule 26(f) Report, with proposed case deadlines, within seven days of the District Judge's ruling.  (Id. at 2.)  The Court further instructed that if anything in the ruling on the Rule 12 motion justified continuation of the stay, the parties must so inform the Court within seven days.  (Id.)  United States District Judge J. Randal Hall ruled on the motion for judgment on the pleadings on May 28, 2024, (doc. no. 28), and the parties should have submitted a joint Rule 26(f) Report or status report regarding a continued stay seven days thereafter.  However, no report has been filed.

Accordingly, the Court **ORDERS** the parties to conduct a conference and file a joint 26(f) Report by the close of business Friday, June 21, 2024.  Alternatively, the parties may

inform the Court by June 21st why the stay should be continued.  The Court **DIRECTS** the **CLERK** to attach the standard "RULE 26(f) REPORT" to this Order.

SO ORDERED this 7th day of June, 2024, at Augusta, Georgia.

*/s/ Brian K. Epps*
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA