IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| TEMESHIA HARRIS, | * | |
| Plaintiff, | * | |
| v. | * | CV 123-111 |
| EXPERIAN INFORMATION SOLUTIONS, INC., et al., | * | |
| Defendants. | * | |

O R D E R

Before the Court is Defendants' second motion for judgment on the pleadings. (Doc. 30.) For the following reasons, Defendants' motion is **GRANTED**.

The factual and procedural background of this case may be found in this Court's May 28, 2024, Order granting Plaintiff leave to file an amended complaint and finding as moot Defendants' first motion for judgment on the pleadings. (Doc. 28, at 2-3.) In that Order, the Court found Plaintiff's complaint failed to state a claim and explained its reasoning at length. (Id. at 5-8.) However, it found an amended complaint might state a claim and therefore granted Plaintiff, who is *pro se*, leave to amend within fourteen days. (Id. at 11.)

Plaintiff failed to file an amended complaint, and Defendants filed the instant motion on June 21, 2024. (Doc. 30.) Defendants

again argue dismissal is proper pursuant to Federal Rule of Civil Procedure 12(c) because no legal basis exists for Plaintiff's claim. (Id. at 2.) Because Plaintiff failed to file an amended complaint, the original complaint (Doc. 1) remains the operative complaint in this matter. Therefore, for the reasons discussed in its May 28, 2024, Order, the Court agrees with Defendants that Plaintiff's complaint should be dismissed for failure to state a claim. (See Doc. 28, at 5-8.)

For the foregoing reasons, **IT IS HEREBY ORDERED** that Defendants' second motion for judgment on the pleadings (Doc. 30) is **GRANTED**. The Clerk is **DIRECTED** to **ENTER JUDGMENT** in favor of Defendants, **TERMINATE** all other pending motions and deadlines, if any, and **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 21st day of January, 2025.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA